**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
STEPHEN YANG

                         Plaintiff,                   **25-CV-00004 (PAE) (VF)**

                -against-                       **ORDER**

INVENTUS MEDIA, INC.,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

On January 2, 2025, Plaintiff commenced this action. ECF No. 1. Defendant was served with the complaint on January 13, 2025. ECF No. 8. To date, Defendant has not appeared, answered, or otherwise responded to the complaint. On February 20, 2025, Plaintiff obtained a Clerk's Certificate of Default as to Defendant. ECF No. 12.

Since February 20, 2025, Plaintiff has not filed a motion for default judgment or taken any action in this case. Plaintiff is hereby directed to file by **August 15, 2025**, a motion for default judgment in accordance with the Judge Engelmayer's Individual Rules and Practices, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.

Plaintiff is reminded that his case may be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure if he fails to take any action to prosecute his claims.

      **SO ORDERED.**

DATED:     New York, New York
                July 22, 2025

                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge