# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

Stephen Yang,

Plaintiff,

v.



Inventus Media, Inc.,

Defendant.



Case No.: 1:25-cv-00004-PAE

**DEFENDANT'S SECOND MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS**

Inventus Media, Inc. ("Defendant"), respectfully moves this Court for a second stay of proceedings for a period of 30 days to allow the parties to continue good-faith settlement discussions. In support of this motion, Defendant states as follows:

1. On August 8, 2025, the Court granted a stay of proceedings to facilitate settlement discussions between the parties.

2. Since that time, the parties have engaged in meaningful and ongoing settlement negotiations.

3. Defendant believes that a brief additional stay will conserve judicial resources and the parties' expenses by potentially avoiding protracted litigation.

4. Defendant has conferred with Plaintiff's counsel, who does not oppose this request.

5. Defendant respectfully requests that the Court stay all deadlines and proceedings for an additional 30 days to allow the parties to continue their settlement efforts.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and stay all proceedings for 30 days and grant such other and further relief as the Court deems just and proper.

Dated: September 02, 2025

**White Plains, New York**

Inventus Media, Inc.

By: _[signature]_

Andrew K. McLean

Owner and Sole Employee

Inventus Media, Inc.

GRANTED. The Court stays this action for 30 days to allow the parties to continue settlement negotiations. A joint status update is due on or before October 8, 2025.

Contrary to the defendant's statement in this motion, this is the Court's first grant of a stay in this case. The Court's August 8, 2025 Order, Dkt. 22, granted the defendant's request for an extension of time to respond to plaintiff's motion for default judgment.

SO ORDERED.   _Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge

Date: September 8, 2025
New York, New York