UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Stephen Yang,

Plaintiff,



v.

Inventus Media, Inc.,

Defendant.

Case No.: 1:25-cv-00004-PAE

DEFENDANT'S SECOND MOTION TO STAY PROCEEDINGS PENDING

SETTLEMENT DISCUSSIONS

Inventus Media, Inc. ("Defendant"), respectfully moves this Court for a second stay of proceedings for a period of 30 days to allow the parties to continue good-faith settlement discussions. In support of this motion, Defendant states as follows:

1. On September 8, 2025, the Court granted a stay of proceedings to facilitate settlement discussions between the parties.

2. Since that time, the parties have continued to engage in meaningful and ongoing settlement negotiations. The defendant has submitted three proposals for settlement.

3. Defendant believes that an additional stay will conserve judicial resources and the parties' expenses by potentially avoiding protracted litigation.

4. Defendant has advised the Plaintiff's counsel of this requested motion to stay proceedings but at time of filing had not responded.

5. Defendant respectfully requests that the Court stay all deadlines and proceedings for an additional 30 days to allow the parties to continue their settlement efforts.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and stay all proceedings for 30 days and grant such other and further relief as the Court deems just and proper.

Dated: October 06, 2025

**White Plains, New York**

Inventus Media, Inc.

By: _____

Andrew K. McLean

Owner and Sole Employee

Inventus Media, Inc.

**Certificate of Service**

I hereby certify that on October 6, 2025, a true and correct copy of the foregoing Motion for Extension of Time was served upon Plaintiff's counsel by electronic filing email and by first-class mail to:

Dina Nouhian, Esq.

Sanders Law Group

333 Earle Ovington Blvd, Suite 402

Uniondale, New York 11553

Email: dnouhian@sanderslaw.group



Andrew K. McLean

Inventus Media

It has come to the Court's attention that defendant Inventus Media, Inc., a corporation, has failed to retain counsel in this case. Because a corporation "cannot proceed *pro se*," *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983), defendant has until November 7, 2025 to obtain counsel and have that attorney formally appear on its behalf. Otherwise, the Court will be forced to lift the stay, Dkt. 26, and consider the plaintiff's motion for default judgment, *see* Dkt. 14.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date: October 8, 2025
New York, New York